# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**DEMETRIUS ANTWAN BIRT,**

    Plaintiff,

v.

**AL JONES,**

    Defendant.

Civil Action 7:12-CV-14 (HL)

## ORDER

This case is before the Court on a Recommendation (Doc. 22) in which United States Magistrate Judge Thomas Q. Langstaff recommends that Defendant's Motion to Dismiss (Doc. 14) be granted. Though given an extension of time to do so (Doc. 24), Plaintiff has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation for plain error and finds none. Thus, the Recommendation is accepted and adopted. Defendant's Motion to Dismiss (Doc. 14) is granted.

**SO ORDERED**, this the 4th day of February, 2013.

                          *s/ Hugh Lawson*
                          **HUGH LAWSON, SENIOR JUDGE**

mbh